IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **DEREK MORTLAND** | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 1:22cv-00160-GNS |
| vs. | ) Chief Judge Greg N. Stivers |
| | ) |
| **JAY HARI, LLC** | ) |
| | ) |
| | ) |
| DEFENDANT | ) |

## ORDER

A settlement conference was held in this matter on April 29, 2025, commencing at 10:00 a.m. and ending at approximately 2:10 p.m. Those appearing at the conference were as follows:

For the Plaintiff:   Colin G. Meeker, Attorney
Derek Mortland, Plaintiff

For the Defendant:   Licha H. Farah, Jr., Attorney
Larry Hinton, Personal Attorney
Frankie Tackett, Defendant Representative
Shyam Patel, Defendant Representative
Chris Loesche, Erie Insurance

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached a tentative agreement in this case. Following further negotiations, the parties have advised they have reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Chief Judge Greg N. Stivers.

ENTERED this May 12, 2025

H. Brent Brennenstuhl
United States Magistrate Judge

Copies to:  Counsel of Record

4|10